**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6983**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

RAEL RASHARD PATTERSON,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (6:97-cr-00129-GRA-1)

_____

Submitted:  September 11, 2008    Decided:  September 17, 2008

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rael Rashard Patterson, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rael Rashard Patterson appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Patterson</u>, No. 6:97-cr-00129-GRA-1 (D.S.C. June 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>